# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> SONJA WARE-BOYD, REVENUE OFFICER ) <br> OF THE INTERNAL REVENUE SERVICE, ) <br> ) <br> Petitioners, ) <br> vs. ) <br> ) <br> JAMES ALLISON, ) <br> ) <br> Respondent. ) | No. 14-2855-STA-tmp |

## ORDER

It hereby is ORDERED that this action is assigned for a hearing to commence at 9:30 a.m., on December 16, 2014, in Courtroom 4, Clifford Davis-Odell Horton Federal Building, 167 N. Main, Suite 800, Memphis, Tennessee 38103.

At such hearing, the Court will consider whether it should order enforcement of the administrative summons of the Internal Revenue Service.  If the respondent opposes judicial enforcement of such summons, he may appear at such hearing and present to the Court any cause why the summons should not be so enforced.

It is hereby ORDERED further that a copy of this order, together with the petition herein and exhibits attached thereto, be served on the respondent at least thirty (30) days prior to the date assigned for the hearing.

   **IT IS SO ORDERED.**

               s/ S. Thomas Anderson
               S. THOMAS ANDERSON
               UNITED STATES DISTRICT JUDGE

               Date:   October 31, 2014