**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America and Sonja Ware-Boyd, Revenue Officer of the IRS | 14-cv2855-STA/tmp |
| **DEFENDANT** | **TYPE OF PROCESS** |
| James Allison | Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James Allison

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1655 Monroe, Memphis, TN 38104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David Brackstone AUSA
U.S. Attorney's Office
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Additional Address: SEE ORDER   COURT DATE 16 DEC 2014 @ 9:30 AM
COURTROOM #4

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 901-544-4231   DATE: 11/3/14

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: —
District of Origin No. 76
District to Serve No. 76
Signature of Authorized USMS Deputy or Clerk: LG
Date: 11/3/14

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: James Allison

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:
Date: 11-5-14   Time: 4:00 pm  ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130 | 6.4 x .56 x 2 = 7.17 | | 137.17 | | $0.00 |

REMARKS: 1st Attempt made at 3:50pm by DUSM Sanders on 11-4-14. (No answer)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Return to Clerk 11.10.14 LG

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00